No. A–927. ABRAMO *v.* WORCESTER DIVISION OF THE SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT OF MASSACHU-

SETTS. Application for stay of trial proceedings, addressed to JUSTICE MARSHALL and referred to the Court, denied.